**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SE PROPERTY HOLDINGS, LLC,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 12-00477-KD-B** |
| | ) | |
| **HUGH R. PARDUE and KARIN J.,** | ) | |
| **PARDUE,** | ) | |
| **Defendants.** | ) | |

**CONSENT JUDGMENT**

In conjunction with the Order issued on this date granting the parties' jointly filed motion for a consent judgment, the Court finds that the motion is the product of voluntary consent by the parties.  The Court further finds and it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

1.       Plaintiff SE Property Holdings, LLC is entitled to, and Defendants Hugh R. Pardue and Karin J. Pardue consent to, entry of a Judgment in favor of Plaintiff on Counts I and II of the Complaint (for breach of contract)[1] insofar as the Defendants breached their agreements with Plaintiff causing Plaintiff to suffer damages and incur costs, expenses and attorney's fees.

2.       **JUDGMENT** is entered in favor of Plaintiff SE Property Holdings, LLC and against Defendants Hugh R. Pardue and Karin J. Pardue, jointly and severally, in the amount of **$175,162.03** plus post-judgment interest.  Costs have been prepaid.  Each party shall bear its own attorney's fees and expenses.

**DONE** and **ORDERED** this the **29**[th] day of **November 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**

---

[1] As these are the only counts in the Complaint, the Consent Judgment is thus to all counts.